UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL R. WEBSTER,

       Plaintiff,

v.                                        Case No. 8:06-cv-801-T-24-MAP

MICHAEL J. ASTRUE,
Commissioner of the U.S.
Social Security Administration,

       Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the U.S. Social Security Administration denying her claim for a period of disability and disability insurance benefits. (Doc. No. 1.) This complaint was considered by the United States Magistrate Judge. Magistrate Judge Pizzo filed his Report and Recommendation, finding that the Administrative Law Judge's decision is supported by substantial evidence and proper legal principles, and recommending that the Plaintiff's complaint be dismissed and that the Commissioner's decision be affirmed. (Doc. No. 22.) All parties were furnished copies of the Report and Recommendation on August 15, 2007, and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 22) is adopted and incorporated by reference in this Order of the Court;

    (2)    Plaintiff's complaint is dismissed, and the decision of the Commissioner of the U.S. Social Security Administration is **AFFIRMED**; and

    (3)    The Clerk is directed to enter judgment in favor of Defendant, to terminate all pending motions, and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record